# Modesta R. Sabeniano

6048 Roosevelt Drive, Fontana, Ca. 92336 (909)463-7464

RECEIVED
SDNY PRO SE OFFICE

2016 MAR 21  AM 10: 01

March 14, 2016

United States District, Southern District of New York
500 Pearl Street
New York, NY. 10007-1312
Attention: Clerk of Court

Re: Sabeniano v. Citibank, NA, New York   16 CV 1723

Dear Sir/Madam:

This shall serve as a follow up letter on the following documents that I mailed certified with USPS registry receipt stamp-dated March 2, 2016 for filing with United States District Court, New York which was confirmed as received by the court on March 4, 2016:

(1) Complaint, (2) Civil Cover Sheet, (3) Summons, (4) Notice of Filing, (5) Affidavit, (6) Certified true copy of the original Authenticated Foreign Country Money Judgment with supporting receipts and documents, (7) Petition for Recognition of Authenticated Foreign Judgment, (8) attached $400 Money Order for Filing Fee.

Together with the above-stated original documents, I attached a "plaintiff-copy set" of the original documents that sent to your office and I requested to be mailed back to me upon filing of case number. If you already sent my "plaintiff-copy set", please disregard this letter. However, in case you have not returned my "plaintiff-copy set" yet, enclosed with this letter are duplicate plaintiff-copies of the Summons and Notice of Filing which needs to be file stamped with civil case number by your office so that I can send copy to the defendant and its counsel within 30-days from (March 4, 2016) the date you received my documents. Please send it back together with the "plaintiff-copy set" using the enclosed self-addressed pre-paid stamped envelope at your earliest convenience.

Respectfully,

Modesta R. Sabeniano, Plaintiff-Pro Se
6048 Roosevelt Drive
Fontana, Ca. 92336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

Modesta R. Sabeniano,   Plaintiff

-against-

Citibank, N.A. New York,
                        Defendant
-----------------------------------X

Notice of Filing of Plaintiff's Affidavit, Authenticated Foreign Country Money Judgment and Petition for Recognition of Authenticated Foreign Judgment

With the Honorable United States District Court's permission, plaintiff request leave of court to record this **NOTICE OF FILING** by Modestar R. Sabeniano, Plaintiff-Pro-Se and Judgment Creditor her Affidavit, Petition for Recognition of Foreign Court Judgment and Authenticated Foreign Money Judgment of the case **Sabeniano v. Citibank N.A. and Citibank N.A. v. Sabeniano** for a judgment amount of **US$19,100,505.04 Million Dollars** in actual cost *as specified in the authenticated foreign judgment and as per computation by Certified Public Accounting Firm of Lautze & Lautze California* (Please see *Appendix.1*: Authenticated/Certified CPA Computation of Judgment Amount) including interests. Plaintiff's mailing address is Modesta R. Sabeniano, 6048 Roosevelt Drive, Fontana, Ca. 92336. Plaintiff filed with this Notice of Filing in this court (1) Complaint, (2) Summons, (3) Civil Cover Sheet, (4) Notice of Filing, (5) Certified true copy of the original Authenticated Foreign Country Money Judgment with supporting receipts and documents, (6) Petition for Recognition of Authenticated Foreign Judgment, (6) Affidavit, (7) Proof of Service and

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MODESTA R. SABENIANO <br> *Plaintiff* <br> v. <br> CITIBANK, N.A. NEW YORK <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITIBANK, N.A. NEW YORK
399 Park Avenue
New York, NY. 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MODESTA R. SABENIANO
6048 Roosevelt Drive
Fontana, Ca. 92336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



FROM: Modesta R. Sabani Bun
6048 Roosevelt Dr.
Fontana, CA. 92336

TO: U.S. Dist. Court
Southern Dist. New York
500 Pearl St.
New York, N.Y. 10007
- 1312

RE: kevmas
16 cv 1723

USM P3 SDNY

CERTIFIED MAIL
7015 0640 0004 2872 9128