UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Modesta R. Sabeniano,

            Plaintiff,

       –v–

Citibank, N.A., Citigroup, Inc.

          Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 24, 2017, pro se Plaintiff Modesta Sabeniano wrote to the Court to confirm that the Court received certain documents.  *See* Dkt. No. 60.  The documents were received by the Court, and appear on the docket at Docket Number 59.  The Court will address any pending matters in due course.

This order will be mailed to the pro se Plaintiff.

SO ORDERED.

Dated: March ___, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge