```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Modesta R. Sabeniano,

                Plaintiff,

    –v–

Citibank, N.A., New York, et al.,

                Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 8, 2021, the Court received by mail a letter from the *pro se* Plaintiff. To the extent that the Plaintiff seeks leave to file the letter in light of the filing injunction that the Court entered on August 14, 2020, *see* Dkt. No. 81, that request is denied.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and to note that mailing on the public docket.

    SO ORDERED.

Dated: February 9, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge