UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

Modesta R. Sabeniano,

        Plaintiff,

–v–

Citibank, N.A., New York, et al.,

        Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 27, 2021, the Court received the attached email, along with its corresponding attachments, from a non-party. This case is closed. The Court will take no action with respect to the communication.

    SO ORDERED.

Dated: April 27, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

# Case # 16-CV-1723

**tenille bernard** <██████████████████████>
Tue 4/27/2021 12:18 PM

**To:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>

🔗 1 attachments (168 KB)
Sabeniano.pdf;

**CAUTION - EXTERNAL:**

Good Afternoon Judge Nathan,

Can we please have an update on this case? When will the funds be released to the Plaintiff?

Please see the attached documents.

Thank you in advance for all your help.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*Process Service for Plaintiff*

THE HONORABLE JUDGE ALISON J. NATHAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          16-CV—1723 (AJN)

Modesta R. Sabeniano,
    Plaintiff-Pro-Se                         FOR FINALITY ORDER
  -v-                                              8 YRS CASE MONEY
                                                 DEPOSITED 1977-1979
Citibank, N.A., Et, Al                           CITIBANK, N.A., ET AL
    Defendants

HONORABLE JUDGE ALISON J NATHAN,

Plaintiff, Pro-Se, Urgently, PRAY for this Honorable Court to GRANT the Judicial Permission to file for Leave of COURT, To ORDER FINALITY for Citibank N.A. ET AL. To release the Amount Duly Computed By U.S.A. Accountant the Money Deposited To the Bank For 44 Years and the ILLEGALLY Transferred Money of the Plaintiff From the Swiss Account 42 Years in the Total Amount of NINETEEN MILLION ONE HUNDRED THOUSAND AND FIVE HUNDRED FIVE DOLLARS AND FOUR CENTS ($19,100,505.04) IS NOW LONG OVER DUE FOR RELEASE BY THIS COURT.

The Foreign Judgement Dated March 26, 2002 and Recorded in the Book of Entry January 03, 2003, Now 18 Years and in this Court Since 2013 is Now 8 Years DUE FOR FINALITY ORDER TO BE RELEASE.
On this Day Exactly 12:21 a.m. April 20, 2021 the Plaintiff Pro-Se is still Awaiting The HONEST SINCERE AND TRUE FINALITY ORDER DULY SIGN by Honorable Judge Alison J. Nathan.

Respectfully Submitted for the FINALITY ORDER
*[signature]*
Modesta R. Sabeniano
Plaintiff Pro-Se

<u>Quoted!</u> Your Order Dated March 30, 2017 of which I quote Case No. 1:16-cv-01723-AJN Document 61 Filed 03/30/17 Page 1 of 1. On March 24, 2017 Pro-Se Plaintiff Modesta Sabeniano wrote to the Court to Confirm that the Court Received certain documents. See Dkt. No. 60. The Documents were received by the Court, and appear on the docket at Docket Number 59. The Court will address any pending matters in due course. This order will be mailed to the pro se Plaintiff.

SO ORDERED.
Dated: March 29, 2017
    New York, New York                 Signed: <u>ALISON J. NATHAN</u>
                                              United States District Judge
CC: Office of the United States President Joseph R. Biden with attached letter to the U.S. Court 12/20/2020 for your information and further investigation if needed.

*[signature]*
april 22, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 1:16-cv-01723-AJN Document 87 Filed 12/08/20 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2020

(1962).

SO ORDERED.

Dated: December 8, 2020
New York, New York

*Alison J. Nathan*
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(1962).

DATE FILED: 11/19/20

SO ORDERED.

Dated: November 19, 2020
New York, New York

*Alison J. Nathan*
ALISON J. NATHAN
United States District Judge

SO ORDERED.

Dated: November 21, 2019
New York, New York

*[handwritten annotations:]* This Saturday Dated ?????
the Court is closed
I was there in New York

*[signature]*
ALISON J. NATHAN
United States District Judge

attue to report why I being
[illegible] 4/27/2021

April 22, 2021

United States District Court
Southern District of New York

Case 16-cv-1723 (AJN)

AUTHORITY TO OFFICIALLY DELIVER THE VERY IMPORTANT DOCUMENTS FROM MODESTA R. SABENIANO, Plaintiff Pro-Se Case of 18 yrs. Decision – Foreign Court & 8 yrs. U.S. District. Court for Finality Order.

This is to authorize Ms. Tenille Walcott Bernard with the official address located at 320 Pearl Street New York, N.Y. 10038 to deliver the DOCUMENTS address to Judge Alison J. Nathan to be receive by the Pro Se intake office.

Copy for the Plaintiff must be given to Ms. Tenille Walcott Bernard duly receive by the authorize person of this court with the print name, signature, date and time receive for the Plaintiff record.

Thank you for your cooperation.

Modesta. R. Sabeniano
Plaintiff Pro-Se