USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Modesta R. Sabeniano,

        Plaintiff,

–v–

Citibank, N.A., New York, et al.,

        Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 24, 2021, the Court received the attached letter by mail, which appears to be identical to the document it received by email on April 27, 2021. Dkt. No. 90. As indicated in the April 27, 2021 order, the Court will take no further action.

    SO ORDERED.

Dated: May 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

THE HONORABLE JUDGE ALISON J. NATHAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   16-CV—1723 (AJN)

Modesta R. Sabeniano,
    Plaintiff-Pro-Se
  -v-

FOR FINALITY ORDER
8 YRS CASE MONEY
DEPOSITED 1977-1979
CITIBANK, N.A., ET AL

Citibank, N.A., Et, Al
    Defendants

HONORABLE JUDGE ALISON J NATHAN,

Plaintiff, Pro-Se, Urgently, PRAY for this Honorable Court to GRANT the Judicial Permission to file for Leave of COURT, To ORDER FINALITY for Citibank N.A. ET AL. To release the Amount Duly Computed By U.S.A. Accountant the Money Deposited To the Bank For 44 Years and the ILLEGALLY Transferred Money of the Plaintiff From the Swiss Account 42 Years in the Total Amount of NINETEEN MILLION ONE HUNDRED THOUSAND AND FIVE HUNDRED FIVE DOLLARS AND FOUR CENTS ($19,100,505.04) IS NOW LONG OVER DUE FOR RELEASE BY THIS COURT.

The Foreign Judgement Dated March 26, 2002 and Recorded in the Book of Entry January 03, 2003, Now 18 Years and in this Court Since 2013 is Now 8 Years DUE FOR FINALITY ORDER TO BE RELEASE.
On this Day Exactly 12:21 a.m. April 20, 2021 the Plaintiff Pro-Se is still Awaiting The HONEST SINCERE AND TRUE FINALITY ORDER DULY SIGN by Honorable Judge Alison J. Nathan.

Respectfully Submitted for the FINALITY ORDER

*Modesta R. Sabeniano*
Plaintiff Pro-Se
April 22, 2021

Quoted! Your Order Dated March 30, 2017 of which I quote Case No. 1:16-cv-01723-AJN Document 61 Filed 03/30/17 Page 1 of 1. On March 24, 2017 Pro-Se Plaintiff Modesta Sabeniano wrote to the Court to Confirm that the Court Received certain documents. See Dkt. No. 60. The Documents were received by the Court, and appear on the docket at Docket Number 59. The Court will address any pending matters in due course. This order will be mailed to the pro se Plaintiff.

SO ORDERED.
Dated: March 29, 2017
    New York, New York    Signed: ALISON J. NATHAN
                                   United States District Judge
CC: Office of the United States President Joseph R. Biden with attached letter to the U.S. Court 12/20/2020 for your information and further investigation if needed.

*signature*
april 22, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 1:16-cv-01723-AJN   Document 87   Filed 12/08/20   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2020

SO ORDERED.

Dated: December 8, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

DATE FILED: 11/19/20

SO ORDERED.

Dated: November 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

Dated: November 21, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

[handwritten annotations: "This Saturday", "the Court is closed", "I was there in New York", "... to rehear why I being ...", "4/22/2021"]

April 22, 2021

United States District Court
Southern District of New York

Case 16-cv-1723 (AJN)

AUTHORITY TO OFFICIALLY DELIVER THE VERY IMPORTANT DOCUMENTS FROM MODESTA R. SABENIANO, Plaintiff Pro-Se Case of 18 yrs. Decision – Foreign Court & 8 yrs. U.S. District. Court for Finality Order.

This is to authorize Ms. Tenille Walcott Bernard with the official address located at 320 Pearl Street New York, N.Y. 10038 to deliver the DOCUMENTS address to Judge Alison J. Nathan to be receive by the Pro Se intake office.

Copy for the Plaintiff must be given to Ms. Tenille Walcott Bernard duly receive by the authorize person of this court with the print name, signature, date and time receive for the Plaintiff record.

Thank you for your cooperation.

Modesta. R. Sabeniano
Plaintiff Pro-Se