USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Modesta R. Sabeniano,

        Plaintiff,

—v—

Citibank, N.A., Citigroup, Inc.

        Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 26, 2021, the Court received a letter from Plaintiff that, among other things, requested leave to file a letter seeking assistance to collect on a foreign judgment. Dkt. No. 92. This case was closed on September 8, 2017. *See* Dkt. No. 64. As early as September 2017, the Court had warned Plaintiff "any further vexatious filings or litigation against the Defendants," including "any frivolously brought motion for reconsideration of [the September 1, 2017 Memorandum and Order]," could "result in a filing injunction." Dkt. No. 63 at 9. The Court issued a filing injunction on August 14, 2020. Dkt. No. 81. In issuing the filing injunction, the Court explained that "[h]aving twice put Plaintiff on notice that future vexatious or frivolous filings against Defendants may result in a filing injunction, for reasons already stated in its September 1, 2017 Memorandum and Order, *see generally* Dkt. No. 63, the Court now bars Plaintiff from filing any motions or commencing any action against Defendants to enforce any judgment from the Philippines without first obtaining from the Court leave to file, regardless of whether she pays the filing fee or seeks IFP status." Dkt. No. 81 at 5.

    In light of the filing injunction and for the reasons stated in the Court's August 14, 2020

order, Plaintiff's request for leave to file a letter with the Court seeking enforcement of a foreign judgment is DENIED.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to note that mailing on the public docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: June 1, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge