UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/21
```

Modesta R. Sabeniano,

                Plaintiff,

        –v–

Citibank, N.A., Citigroup, Inc., et al,

                Defendants.

16-cv-1723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 26, 2021, the Court received a letter from Plaintiff that, among other things, requested leave to file a letter seeking assistance to collect on a foreign judgment. Dkt. No. 94. This Court's June 1 Order details the history of this case and thus the Court will not repeat it here. Dkt. No. 93. In light of the filing injunction and for the reasons stated in the Court's August 14, 2020 order and June 1, 2021 order, Plaintiff's request for leave to file a letter with the Court seeking enforcement of a foreign judgment is DENIED. Plaintiff is advised that the filing injunction cannot be circumvented by addressing letters to other members of this Court.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to note that mailing on the public docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    SO ORDERED.

Dated: July 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge